# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| FLEET CONNECT SOLUTIONS LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>PEGASUS TRANSTECH, LLC D/B/A TRANSFLO,<br><br>    Defendant. | Civil No. 8:25-cv-01652-WFJ-TGW<br><br>**JURY TRIAL DEMANDED** |

**UNOPPSED MOTION FOR SPECIAL ADMISSION**

Jonathan L. Hardt, Esquire, moves for special admission to represent plaintiff Fleet Connect Solutions LLC, in this action.

I am not a member in good standing of The Florida Bar.

I am a member in good standing of a bar of a United States district court; specifically, Supreme Court of the United States, U.S. Court of Appeals for the Federal Circuit, U.S. Court of Appeals for the 6th Circuit, U.S. Court of Appeals for the 10th Circuit, U.S. District Court for the Eastern District of Texas, U.S. District Court for the Western District of Texas, U.S. District Court of Colorado, and U.S. District Court for the Eastern District of Michigan.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. Pursuant to Local Rule 2.01(c), I have initially appeared in the last thirty-six months in these cases in state or federal court in Florida: AR Design

LLV v City Furniture, Inc. (Case No. 1:23-cv-20127).

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

Dated: July 1, 2025                     Respectfully submitted,

                                        By: */s/ Jonathan L. Hardt*

                                        Jonathan L. Hardt (TX 24039906)
                                        **ROZIER HARDT MCDONOUGH PLLC**
                                        712 W. 14th Street, Suite A
                                        Austin, Texas 78701
                                        Telephone: (210) 289-7541
                                        Email: hardt@rhmtrial.com

## LOCAL RULE 3.01(G) CERTIFICATION

The undersigned counsel advises the Court that Defendants have not yet entered an appearance in this action and therefore he has been unable to comply with the meet and confer requirements of Local Rule 3.01(g).

Respectfully submitted July 3, 2025.

> /s/ Brian R. Gilchrist
> Brian R. Gilchrist, Esq., FL Bar No. 774065
> Email: bgilchrist@allendyer.com
> **ALLEN, DYER, DOPPELT + GILCHRIST, P.A.**
> 255 S. Orange Avenue, Suite 1401
> Orlando, Florida 32801
> Tel: (407) 841-2330
> Fax: (407) 841-2343

## CERTIFICATE OF FILING

I HEREBY CERTIFY that on July 3, 2025, I presented the foregoing to the Clerk of the Court for filing and uploading to the Case Management/Electronic Case Filing ("CM/ECF") system.

> /s/ Brian R. Gilchrist
> Brian R. Gilchrist, Esq., FL Bar No. 774065
> Email: bgilchrist@allendyer.com