**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

FLEET CONNECT SOLUTIONS LLC,

      Plaintiff,

    v.                     Case No. 8:25-cv-01652

PEGASUS TRANSTECH, LLC D/B/A
TRANSFLO,

      Defendant.

---

**UNOPPOSED MOTION OF DEFENDANT FOR ENTRY OF**
**AN ORDER ESTABLISHING AUGUST 29, 2025 AS THE DATE FOR**
**ITS RESPONSE TO PLAINTIFF'S COMPLAINT**

Defendant Pegasus Transtech, LLC d/b/a Transflo ("**Transflo**" or "**Defendant**") respectfully submits this unopposed motion ("**Unopposed Motion**") requesting up to and including August 29, 2025, within which to respond to the Complaint [ECF No. 1] (the "**Complaint**") filed by Plaintiff Fleet Connect Solutions LLC ("**Fleet Connect**" or "**Plaintiff**"). Counsel for Defendant has conferred with counsel for Plaintiff, and Plaintiff does not oppose this Motion.

In support of this Unopposed Motion, Defendant states:

1.     On June 25, 2025, Plaintiff filed the Complaint in this action.

2.     Process was served on Transflo on July 10, 2025. Transflo's time to respond to the Complaint is July 31, 2025.

3.      On July 21 and 28, 2025, counsel for Defendant conferred via email correspondence with counsel for Plaintiff and explained that Defendant's counsel required until and including August 29, 2025 to investigate the allegations against Defendant in the Complaint and prepare Defendant's answer. Counsel for Plaintiff consented to counsel for Defendant's request.

4.      The relief requested in this Unopposed Motion will not prejudice any party and will not delay the administration of justice in this matter. The Complaint is pleaded in 8 counts asserting claims purporting to arise under federal law. Good cause thus exists for the requested August 29, 2025 response deadline to enable Defendant to prepare its response to the Complaint, and this request is not made for purposes of delay.

### Local Rule 3.01(g) Certification

Pursuant to Local Rule 3.01(g), counsel for Defendant certifies that it conferred with counsel for Plaintiff on July 28, 2025, and is authorized to represent that Plaintiff does not oppose this request for entry of an Order affording Defendant until August 29, 2025, to file its response to the Complaint, and that the parties agree on the resolution of this Unopposed Motion.

WHEREFORE, Defendant respectfully requests entry of an Order affording Transflo up to and including August 29, 2025 to file its response to Plaintiff's Complaint.

Dated: July 28, 2025

Respectfully submitted,

By: */s/ Jonathan B. Morton*
JONATHAN B. MORTON
Lead Counsel
Florida Bar No. 956872
jonathan.morton@klgates.com
**K&L GATES LLP**
Southeast Financial Center
200 S. Biscayne Boulevard, Suite 3900
Miami, Florida  33131-2399
Phone: 305-539-3300
Fax: 305-358-7095

*Attorneys for Pegasus Transtech, LLC d/b/a Transflo*

3

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on July 28, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/Jonathan B. Morton*
Jonathan B. Morton